| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

| | | |
|---|---|---|
| Michael Geoffrey Peters, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| versus | § | Civil Action H-17-2389 |
| | § | |
| Lorie Davis, | § | |
| | § | |
| Respondent. | § | |

## Order of Adoption

On September 22, 2017, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (14). No party filed objections. After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Peters's petition for writ of habeas corpus is dismissed without prejudice due to petitioner's failure to exhaust state remedies and failure to pay the filing fee.

Signed _Nov. 1_, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge